# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ANTHONY JESUS MARQUEZ DURAN,** | § § § § § § § | |
| *Petitioner*, | § § | |
| v. | § § § | |
| **MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HER OFFICIAL CAPACITY; MARKWAYNE MULLIN, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, IN HIS OFFICIAL CAPACITY; TODD BLANCHE, ACTING U.S. ATTORNEY GENERAL, IN HIS OFFICIAL CAPACITY; TODD M. LYONS, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY; AND WARDEN OF THE EL PASO SERVICE PROCESSING CENTER, IN HIS OFFICIAL CAPACITY,** | § § § § § § § § § § § § § § § § § § § § § § | **No. 3:26-CV-01042-LS** |
| *Respondents*. | § § | |

## ORDER FOR SERVICE

Petitioner Anthony Jesus Marquez Duran seeks a writ of habeas corpus under 28 U.S.C. § 2241.[1] The petition raises issues which require Respondents to show cause why the Court should not grant the relief Petitioner seeks.[2] Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District

---

[1] ECF No. 3.
[2] *See* 28 U.S.C. § 2243.

of Texas. Respondents shall show cause by **April 21, 2026**, why the Court should not grant the

relief Petitioner seeks by filing an answer or other responsive pleading.[3]

       **SO ORDERED**.

       **SIGNED** and **ENTERED** on April 14, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[3] The Court extends the deadline for the government to review its records. 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed.").