## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| ANTHONY JESUS MARQUEZ DURAN, §<br>§<br>§<br>*Petitioner*, §<br>§<br>v. §<br>§<br>MARY DE ANDA-YBARRA, FIELD §<br>OFFICE DIRECTOR, EL PASO FIELD §<br>OFFICE, IMMIGRATION AND §<br>CUSTOMS ENFORCEMENT, IN HER §<br>OFFICIAL CAPACITY; §<br>MARKWAYNE MULLIN, §<br>SECRETARY, U.S. DEPARTMENT OF §<br>HOMELAND SECURITY, IN HIS §<br>OFFICIAL CAPACITY; TODD §<br>BLANCHE, ACTING U.S. ATTORNEY §<br>GENERAL, IN HIS OFFICIAL §<br>CAPACITY; TODD M. LYONS, §<br>ACTING DIRECTOR OF U.S. §<br>IMMIGRATION AND CUSTOMS §<br>ENFORCEMENT, IN HIS OFFICIAL §<br>CAPACITY; AND WARDEN OF §<br>CAMP EAST MONTANA §<br>DETENTION FACILITY, IN HIS §<br>OFFICIAL CAPACITY, §<br>§<br>*Respondents*. § | No. 3:26-CV-01042-LS |

## ORDER DISMISSING CASE

Upon consideration of the parties' Joint Stipulation of Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

---

[1] ECF No. 8.

**SIGNED** and **ENTERED** on July 29, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**